**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 1:26-cv-24567-EA**

**Rayon Sherwin Payne,**

Plaintiff,

v.

**Department of Homeland Security,**
**Et al.,**

Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

This cause comes before the Court on the plaintiff's motion to proceed in forma pauperis [ECF No. 3]. The motion, however, does not include a certified copy of the plaintiff's trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint as required by 28 U.S.C. § 1915(a)(2).

Therefore, it is **ORDERED AND ADJUDGED**:

1. The plaintiff's motion to proceed in forma pauperis [ECF No. 3] is **DENIED WITHOUT PREJUDICE**.

2. Within **30 days** of the issuance of this order, the plaintiff shall file either a compliant motion to proceed in forma pauperis or pay the filing fee.

3. Failure to comply with this order will result in the dismissal without prejudice and closure of this case without further notice being given.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 6th day of August 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Rayon Sherwin Payne**
233 Wyona Street
Brooklyn, NY 11207

**Michele Wilcox-Petrites**
DOJ-USAO
500 S. Australian Ave.
Suite 400
33401-6209, Ste 900
West Palm Beach, FL 33401-6209
561-209-1010
Email: Michele.Wilcox-Petrites@usdoj.gov

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

2